**ARCTIC SLOPE REGIONAL CORPO-
RATION, et al., petitioners, v. NEX-
TWAVE PERSONAL COMMUNICA-
TIONS INC., et al.**

No. 01-657.

March 4, 2002.

Motion of Urban Comm-North Carolina, Inc., for leave to file a brief as *amici curiae* in No. 01-653, granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. Case consolidated and a total of one hour is allotted for oral argument.